UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| PETR SLEZAK, | ) | |
|---|---|---|
| | ) | 09 B 28399 |
| Debtor. | ) | Chap. 11 |
| | ) | Judge Wedoff |

**TO:**

| Office of the United States Trustee<br>M. Gretchen Silver<br>219 S. Dearborn<br>Room 873<br>Chicago, IL 60604<br>by ECF | First Midwest Bank<br>c/o Jonathan Rogers<br>Stitt, Klien, Daday<br>2550 W. Golf Rd.<br>Suite 250<br>Rolling Meadows, IL 60008<br>by ECF | General Electric Capital<br>c/o Darren L. Besic,<br>5 East Wilson Street<br>Batavia, IL 60510<br>by ECF |
|---|---|---|
| Petr Slezak<br>2423 Park Ave.<br>North Riverside, IL 60546 | Service List | |

## NOTICE OF FILING

Please take notice that the Debtor has filed a motion for a Final Decree with the clerk of the court on May 3, 2010, copies of which are attached.

## NOTICE OF MOTION

On **Wednesday, May 12, 2010, at 9:30 a.m.** or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Wedoff or any judge sitting in his stead in the courtroom usually occupied by him at 219 South Dearborn Street, Room 744, Chicago, IL and move the court for the relief requested in the attached motion.

## CERTIFICATE OF SERVICE

Matthew M. Litvak, an attorney, certifies that copies of the foregoing were served upon the above named persons by certified mail return receipt requested on May 3, 2010 by regular mail or ECF where indicated.

/S/ Matthew M. Litvak
Matthew M. Litvak, Esq.
155 N. Harbor Drive
Suite 4301
Chicago, IL 60601-7324
312-337-8131
FAX 888-560-8011
Atty #6208529

| | | |
|---|---|---|
| Resolution T Company, LLC<br>410 Peach Tree Pkwy.<br>Suite 4223<br>Cumming, GA 30041 | Advanta Bank Corp<br>POB 8088<br>Philadelphia, PA 19101-8088 | Bank of America<br>BAC Home Loans Servicing<br>POB 650225<br>Dallas, TX 75265-0225 |
| Best Buy<br>Retail Services<br>POB 17298<br>Baltimore, MD 21297-1298 | Chase Bank USA NA<br>c/o Fine Faulkner Mortell<br>131 S Dearborn St<br>Floor 5<br>Chicago, IL 60306 | Chase Card Services<br>Judy, OH 2-5170<br>50 S. Main St.<br>Akron, OH 44308 |
| CITI<br>POB 183113<br>Columbus, OH 43218-3313 | CITI<br>POB 6282<br>Sioux Falls, Sd 57117 | CITI Cards<br>POB 688903<br>Des Moines, IA 50368-8903 |
| CITI Corp Credit<br>Academy Collection Service<br>POB 16119<br>Philadelphia, PA 19114-0119 | CITI  Mortgage<br>POB 140609<br>Irving, TX 75019 | Citibank South Dakota NA<br>c/o Alliance One<br>1160 Center Point Drive<br>Suite 1<br>Mendota Heights, MN 55120 |
| Citicorp Credit Services, Inc USA<br>c/o United Collection Bureau, Inc.<br>2906 Executive Way<br>Miramar, FL 33025-6543 | Experian<br>475 Anton Blvd<br>Costa Mesa, ca 92626 | Fifth Third Bank<br>c/o McCarth, Burgess & Wolf<br>26000 Cannon Road<br>Cleveland, OH 44146 |
| Fifth Third Bank<br>POB 630337<br>Cincinnati, OH 45263-0337 | First Equity Card<br>POB 84075<br>Columbus, Ga 31901-4075 | First Equity Card Corp.<br>POB 23029<br>Columbus, GA 31902 |
| GMAC<br>c/o Faslo Solutions<br>POB 77404<br>Ewing, NJ 08628 | GMAC<br>POB 9001719<br>Loisville, KY 40290-1719 | Harlem the Room Place<br>POB 659704<br>San Antonio, TX 78265-9704 |
| National City<br>POB 856176<br>Loisville, KY 40285-6176 | Nationwide Insurance<br>Marsaglia Agency, Inc.<br>507 W Main St.<br>Plainfield, IL 60544 | Nationwide Insurance<br>POB 8379<br>Canton, OH 44711-8379 |
| Sears Gold  Mastercard<br>POB 183082<br>Columbus, OH 43218-3082 | Volvo Financial Services<br>POB 26131<br>Greensboro, Nc 27402-6121 | Volvo Financial Services<br>c/o Citibank<br>POB 7247-0236<br>Philadelphia, PA 19170-0236 |
| Washington Mutual<br>POB 99604<br>Arlington, TX 76096-9604 | Washington Mutual<br>990 Second St.<br>Coos Bay, OR 97420 | Washington Mutual<br>c/o I.C. System<br>POB  64887<br>St. Paul, MN 55164-0887 |

Well Fargo & Company
c/o Gary L. Smith
1204 S. Fourth Street
Springfield, IL 62703

Alice J. Harold
Deputy General Counsel
Bank of America, Corp.
101 S. Tryon St. NC1-002-29-01
Charlotte, NC 28255

Mortgage Electronic Registration System
c/o CT Corporation System
208 S. LaSalle St
Suite 814
Chicago, IL 60604

BAC Home Loans Servicing LP
c/o CT Corporation
208 S. LaSalle St
Suite 814
Chicago, IL 60604

Roundup Funding, LLC
MS 550
POB 91121
Seattle, WA 98111-9221

General Electric Credit Corp.
300 E John Carpenter Freeway
Suite 302
Irving, TX 75062

PRA Receivables Management, LLC
As agent for Portfolio Recovery
Assoc. c/o Citibank
POB 41067
Norfolk, VA 23541

Midland Credit Management, Inc.
8875 Aero Drive
Suite 200
San Diego, CA 92123

Asset Acceptance, LLC
Assignee/ WFNB
POB 2036
Warren, MI 48090

Best Buy
HSBC
Payment Processing Center
POB 5244
Carol Stream, IL 60197-5244

U.S. Department of the Treasury
Debt Management Services
POB 830794
Birmingham, AL 35283-0794

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PETR SLEZAK, )
) 09 B 28399
Debtor. ) Chap. 11
) Judge Wedoff

**MOTION FOR ENTRY OF FINAL DECREE**

The Debtor, by and through his attorney, Matthew M. Litvak, requests that this court enter a final decree in this case and in support states as follows:

1. The Debtor filed a voluntary Chapter **13** petition on August 3, 2009 that was subsequently converted to a Chapter 11 proceeding on October 29, 2009.

2. The Debtor's Plan was confirmed on April 14, 2010. The Plan provides for payment of a 21% dividend to general unsecured creditors over a five-year period, and modification of certain secured claims that will be paid over a shorter period on a monthly basis.

3. Administrative claims that have been allowed by the Court have been paid or otherwise resolved.

4. No initial payment to general unsecured creditors has been made pursuant to the confirmed Plan because one quarter has not yet elapsed.

5. The proposed payments and schedule is attached as Exhibit 1.

6. The Debtor has begun to make payments to the secured creditors according to the terms of the Plan

7. Pursuant to Section 1 141(d)(5)(A) of the Bankruptcy Code, the Debtor will not be will not be served by keeping this case open until the five-year period for paying general unsecured claims has passed.

8. In addition, the Debtor should not be required to make quarterly payments to the United States Trustee during the five-year period, in which no action will be required by the Debtor, the Court, or the United States Trustee.

9. No payments are too take place beyond the five year term of the plan with the exception of the mortgage on the Debtor's residence which was not modified by the Plan.

10. Given that no reasonable interpretation of Section 114 I (d)(5)(A) would

    contemplate that the Court keep this case open, or withhold granting of a discharge, for the 30 years during which the Debtor will be paying long-term debt, the Debtor should be entitled to a discharge after completion of payments to general unsecured creditors.

WHEREFORE the Debtor prays that the Court enter a final decree and direct the Clerk of the Court to close the case, with leave to reopen the case without payment of a reopening fee for the sole purpose of entering a discharge upon completion of all payments to general unsecured creditors under the confirmed Plan, or otherwise as provided by Section 1 I41(d)(5).

/S/ Matthew M. Litvak
Matthew M. Litvak, Esq.
155 N. Harbor Drive
Suite 4301
Chicago, IL 60601-7324
312-337-8131
FAX 888-560-8011
Atty #6208529

EXHIBIT A

|   | Claimant | Claim Amount | Allowed Amount | % of total claims | Est. Plan Dist. | Quarterly Pmt. Mo. 1 thru 34 $91.26 | Quarterly Pmt. Mo. 35 thru 42 $4,225.2 | Quarterly Pmt. Mo. 43 thru 60 $8,034.9 |
|---|---|---|---|---|---|---|---|---|
| 1. | Roundup Funding, LLC | 11,833 | 11,833 | .042 | 2,550 | 3.83 | 177.46 | 337.84 |
| 2. | General Elec. Cap. | 41,007.43 | 41,007.43 | .146 | 8,837.1 | 13.32 | 616.88 | 1174.40 |
| 3. | PRA Receivables | 23,290.79 | 23,290.79 | .083 | 5,019.16 | 7.57 | 350.69 | 667.64 |
| 4. | Chase Bank | 24,277 | 24,277 | .086 | 5,231.69 | 7.84 | 363.36 | 691.77 |
| 6. | Midland Cred. | 12,301.65 | 12,301.65 | .0438 | 2,651 | 4.00 | 185.06 | 353.32 |
| 7. | 1st Midwest | 47,333.61 | 47,333.61 | .1687 | 10,200.39 | 15.39 | 712.79 | 1343.33 |
| 8. | Asset Accp | 4342.38 | 4342.38 | .0155 | 935.78 | 1.41 | 65.49 | 124.68 |
| 9. | Volvo Financial | 63,473.97 | 63,473.97 | .2262 | 13,678.64 | 20.64 | 955.74 | 1819.53 |
| 10. | Resolutio T. | 52,631.90 | | .1876 | | | | |
|   | Total Claims | 280,491.7 | 227,859.8 | | | | | |
|   | Total Allowed claims | | | | | | | |
|   | Total Plan Payments | 60,510.80 | | | | | | |