UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PETER SLEZAK, | ) | |
| | ) | 09 B 28399 |
| Debtor. | ) | Chap. 11 |
| | ) | Judge Wedoff |

ORDER

This cause is before the court on the motion of the Debtor for entry of a final decree, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that this Chapter 1 I case be closed and all quarterly payments to the United States Trustee, alter the current quarter, are abated in full. The Debtor shall have leave to file a motion to reopen the case, without payment of a reopening fee, for the sole purpose of obtaining a discharge upon completion of payments to general unsecured creditors under the Plan and filing an accounting of all such payments on allowed claims with the court or otherwise as provided by Section 1141(d)(5) of the Bankruptcy Code.

ENTER: _/s/ Eugene R. Wedoff_

3 0 JUN 2010

Matthew M. Litvak, Esq.
155 N. Harbor Drive
Suite 4301
Chicago, IL 60601-7324
312-337-8131
FAX 888-560-8011
Atty #6208529